FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 12 2014

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | NO. 4:14CR 180 |
| | § | Judge Schell |
| ROBERT GILDNER (1) | § | |
| TRACY JORDAN (2) | § | |
| DEREK COFER (3) | § | |
| AMANDA BONEL (4) | § | |
| THOMAS MCCULLOUGH (5) | § | |
| STEVEN SANTILLO (6) | § | |
| MICHAEL LEE (7) | § | |
| STACY CRUTCHER (8) | § | |
| JAMES MCCULLOUGH (9) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute Methamphetamine)

From in or about July 2013, through on or about the date of this Indictment, in the Eastern District of Texas and elsewhere, **Robert Gildner, Tracy Jordan, Derek Cofer, Amanda Bonel, Thomas Mccullough, Steven Santillo, Michael Lee, Stacy Crutcher,** and **James Mccullough** defendants, did knowingly and intentionally combine, conspire, and agree with each other and with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or

50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 846, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____          11-12-14
JAY R. COMBS                          Date
Assistant United States Attorney

INDICTMENT/NOTICE OF PENALTY - Page 2

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | NO. 4:14CR |
| | § | Judge |
| ROBERT GILDNER (1) | § | |
| TRACY JORDAN (2) | § | |
| DEREK COFER (3) | § | |
| AMANDA BONEL (4) | § | |
| THOMAS MCCULLOUGH (5) | § | |
| STEVEN SANTILLO (6) | § | |
| MICHAEL LEE (7) | § | |
| STACY CRUTCHER (8) | § | |
| JAMES MCCULLOUGH (9) | § | |

## NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. § 846

Penalty:   Imprisonment for not less than ten years or more than life imprisonment, a fine not to exceed $10,000,000.00 or both.  A term of supervised release of at least five years

Special Assessment: $ 100.00